IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT HENRY FORD, III** | : | |
| d/b/a ROBERT HENRY FORD III | : | |
| **1311 KERLIN STREET** | : | |
| **CHESTER PA, 19013** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 25-1678 |
| | : | |
| **U.S. BANK TRUST NATIONAL** | : | |
| **ASSOCIATION,** | : | |
| **NOT IN ITS INDIVIDUAL CAPACITY BUT** | : | |
| **SOLEY AS TRUSTEE FOR LEGACY** | : | |
| **MORTGAGE ASSET TRUST 2021-GS4** | : | |

## ORDER

This 6th day of October, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

1. Plaintiff's Cross-Motion for Summary Judgment, ECF 10, is **DENIED**.

2. Defendant's Motion to Dismiss, ECF 11, is **GRANTED** and Plaintiff's claims are **DISMISSED**.

3. Leave to amend will not be granted, as the Court cannot discern how Plaintiff can plausibly state a claim, regardless of whether he is proceeding personally or on behalf of some business entity he operates as a sole proprietor.

    /s/ Gerald Austin McHugh
United States District Judge